Oscar Nelson, appellee, v. New Salem State Bank, appellant. Gen. No. 8,322.

Opinion filed October 23, 1929.

L. T. Graham, for appellant. Capps & Weaver, for appellee; Wm. and Barry Mumford, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.